IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KIMCARTER.COM, LLC, an Arizona Limited Liability Company, KIMBERLEY CARTER and EDDIE CARTER, an individual, EDDIE CARTER, an individual, and DOES I-100,<br><br>    Defendants.<br><br>And Related Claims. | Case No.: C 09-00491 MMC<br><br>[PROPOSED]<br>ORDER CHANGING HEARING DATE ON PLAINTIFF'S MOTION TO DISMISS<br><br>Date: April 24, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 7<br>Judge: Hon. Maxine M. Chesney |

    Based on the request of counsel for Defendant/Counterclaimant KIMCARTER.COM, LLC, and the stipulation of the parties pursuant to Northern District Civil Local Rule 6–1(b) and 7–7(b), and good cause appearing,

    IT IS ORDERED that the hearing on Plaintiff ALEXX, INC.'s Motion to Dismiss is hereby changed from April 17, 2009 at 9:00 a.m. to April 24, 2009 at 9:00 a.m.

    DONE IN OPEN COURT this __10th__ day of April 2009.

                                                    _____
                                                    Hon. Maxine M. Chesney
                                                    United States District Judge

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012