**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., | No. C-09-0491 MMC |
| Plaintiff, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| KIMCARTER.COM, LLC, et al., | |
| Defendants, | |

AND RELATED CLAIMS.

_____/

        Before the Court is the parties' stipulated request to allow counsel for

defendant/counterclaimant Kimcarter.com, LLC to appear by telephone at the May 15,

2009 Case Management Conference in the above-titled action.  Good cause appearing, the

request is hereby GRANTED, and counsel for all parties are hereby ORDERED to appear

telephonically at the Case Management Conference.

        **IT IS SO ORDERED.**

Dated:  May 13, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge