Roderick A. McLeod (State Bar No. 104694)
rmcleod@jonesday.com
Brett A. Lovejoy (State Bar No. 212942)
blovejoy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Plaintiff/Counterdefendant ALEXX, INC. And Third Party Defendant Sandra Stein

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIMCARTER.COM, LLC, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | **No. C 09-00491 MMC**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO KIMCARTER'S FIRST AMENDED ANSWER, COUNTERCLAIM AND THIRD-PARTY COMPLAINT**<br><br>**Judge:  The Hon. Maxine M. Chesney** |

WHEREAS, the settlement conference before Magistrate Chen is now scheduled for June 18, 2009, and in the interest of efficiency;

IT IS HEREBY STIPULATED as follows:

1.　　The deadline for Alexx, Inc. to respond to Kimcarter.com's First Amended Answer, Counterclaim and Third-Party Complaint will be extended to June 30, 2009.

//

//

//

//

//

1 | **IT IS SO STIPULATED.**

Dated:  June 5, 2009

By:   /Brett A. Lovejoy/
         Brett A. Lovejoy

Attorneys for Plaintiff/Counterdefendant ALEXX, INC. and Third Party Defendant Sandra Stein

Dated:  June 5, 2009

By:   /David S. Gingras/
         David S. Gingras

Attorneys for Defendant/Counterplaintiff and Third Party Plaintiff Kimcarter.com, LLC, and Kimberley Carter and Eddie Carter

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 5 , 2009

By: /s/ Maxine M. Chesney
      Maxine M. Chesney
      United States District Judge