IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., | No. C-09-0491 MMC |
| Plaintiff, | **ORDER EXTENDING TIME PROVIDED IN JUNE 22, 2009 ORDER OF DISMISSAL** |
| v. | |
| KIMCARTER.COM, LLC, et al., | |
| Defendants, / | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS / | |

The Court having been advised that the parties require additional time to memorialize their settlement, the time provided in the Court's Order of Dismissal, filed June 22, 2009, is hereby EXTENDED by fourteen (14) days.

**IT IS SO ORDERED.**

Dated: September 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge