David S. Gingras, Esq., CSB #218793
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 248-1000
Facsimile: (602) 248-0522
DSG@JABURGWILK.COM

Attorneys for Defendants/Counterclaimant
And Third Party Plaintiff Kimcarter.com, LLC,
And Kimberley Carter and Eddie Carter

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMCARTER.COM, LLC, an Arizona Limited Liability Company, KIMBERLEY CARTER and EDDIE CARTER, an individual, EDDIE CARTER, an individual, and DOES I-100,<br><br>    Defendants.<br><br>KIMCARTER.COM, LLC, an Arizona Limited Liability Company,<br><br>    Counterclaimant,<br><br>    v.<br><br>ALEXX, INC., a California Corporation,<br><br>    Counterdefendant.<br><br>KIMCARTER.COM, LLC, an Arizona Limited Liability Company,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>SANDY STEIN,<br><br>    Third Party Defendant. | Case No.:  C 09-00491 MMC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

1   This matter having been settled, the parties hereby stipulate that the claims,
2   counterclaims and third party claims in the above-referenced matter be dismissed, with
3   prejudice, each party to bear their own costs and attorneys' fees.
4   DATED this 22<u>nd</u> day of October, 2009.

**JONES DAY**

/s/ Brett A. Lovejoy
Brett A. Lovejoy
Attorneys for Defendant/Counterclaimant
and Third Party Plaintiff

**JABURG & WILK, P.C.**

/s/ David S. Gingras
David S. Gingras
Attorneys for Defendant/Counterclaimant
and Third Party Plaintiff

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2   STIPULATION TO DISMISS AND [PROPOSED] ORDER
14308-2/MCS/DAG/761042_v1

**Certificate of Electronic Service**

I hereby certify that on October 22, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brett A. Lovejoy, Esq.
Roderick A. McLeod, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Attorneys for Plaintiff/Counterdefendant Alexx, Inc.

And a courtesy copy of the foregoing mailed to:

Honorable Maxine M. Chesney
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

/s/ David S. Gingras

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

3                                                              STIPULATION TO DISMISS AND [PROPOSED] ORDER
14308-2/MCS/DAG/761042_v1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California Corporation, | Case No.: C 09-00491 MMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| KIMCARTER.COM, LLC, an Arizona Limited Liability Company, KIMBERLEY CARTER and EDDIE CARTER, an individual, EDDIE CARTER, an individual, and DOES I-100, | |
| Defendants. | |
| And Related Claims. | |

Pursuant to the Stipulation of the parties and good cause shown;

IT IS HEREBY ORDERED that the claims, counterclaims and third party claims in the above-referenced matter be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED: October 23, 2009



Judge Maxine M. Chesney

STIPULATION TO DISMISS AND [PROPOSED] ORDER

14308-2/MCS/DAG/761042_v1